J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff Nike, Inc.


Keith Greene, an individual and
d/b/a MKS Online Deals

732 E. Birch Ave.
Fresno, California 93720

Defendant, *in pro se*

Nike v. Greene, et al: Stip. re Scheduling Conference                   - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| Nike, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Keith Greene, an individual and d/b/a MKS Online Deals, Damion Ford and Does 2 – 10, inclusive,<br><br>    Defendants. | Case No. 1:09-cv-01153 LJO-SMS<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date:    October 14, 2009<br>Time:   9:15 a.m.<br>Court:   Hon. Sandra M. Snyder |

PLAINTIFF, Nike, Inc. ("Nike" or "Plaintiff") by and through its counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendant Keith Greene, an individual and doing business as MKS Online Deals ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS, the Court set the Initial Scheduling Conference in the above-captioned matter on October 14, 2009, at 9:15 a.m.;

/ / /

WHEREAS, the Plaintiff filed its First Amended Complaint on or about August 6, 2009, adding Damion Ford ("Ford") as a defendant;

WHEREAS, the Plaintiff's attempts to effect service of process on Ford remain ongoing at

Nike v. Greene, et al: Stip. re Scheduling Conference         - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

this time;

WHEREAS, counsel for Plaintiff also has a conflicting obligation on October 14, 2009; and

NOW, THEREFORE, Nike and the Defendant stipulate and agree that the Initial Scheduling Conference in the above captioned matter be continued until November 18, 2009, or a date thereafter acceptable to the Court, to allow enough time for Plaintiff to effect service on all defendants and to avoid any calendar conflicts for Plaintiff's counsel.

DATED: October 2, 2009　　　　　　　　J. Andrew Coombs, A Professional Corp.

　　　　　　　　　　　　　　　　　　　　 /s/ Annie S. Wang
　　　　　　　　　　　　　　　　　　　　J. Andrew Coombs
　　　　　　　　　　　　　　　　　　　　Annie S. Wang
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Nike, Inc.

DATED: September 30, 2009　　　　　　Keith Greene, an individual and d/b/a MKS Online Deals

　　　　　　　　　　　　　　　　　　　　 /s/ Keith Greene
　　　　　　　　　　　　　　　　　　　　Keith Greene
　　　　　　　　　　　　　　　　　　　　Defendant, *In Pro Se*

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing is continued from October 14, 2009 to Tuesday, December 15, 2009 at 10:00a.m. in Courtroom #7 before Judge Snyder.

Dated:   October 5, 20009

　　　　　　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　Hon. Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court,
　　　　　　　　　　　　　　　　　　　　Eastern District of California, Fresno Divison

Nike v. Greene, et al: Stip. re Scheduling Conference　　　　- 3 -

PDF created with pdfFactory trial version www.pdffactory.com